# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LADONNA ALLEN WIFE OF/AND
GARY ALLEN

NO.   2019 CW 1007

VERSUS

SOUTHWEST BUILDERS, L.L.C.
AND WARREN VOLLENWEIDER

**NOV 2 5 2019**

---

In Re:   State Farm Fire and Casualty Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201512812.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED AS MOOT.**   See **Allen v. Southwest Builders, L.L.C.**, 2019-1008 (La. App. 1st Cir. 10/28/19), 2019 WL 5549415 (unpublished).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT